**Bruce W. Brewer**, OSB No. 92558
brucebrewerusdccases@gmail.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

FILED'09 JUN 29 15:25USDC-ORP

**FILED**
JUN 29 2009

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**GEORGIA ANKNEY,**

        Plaintiff,

vs.

**COMMISSIONER,**
of Social Security
Administration,
        Defendant.

CIVIL CASE NO. 08-474-KI

ORDER
AWARDING ATTORNEY FEES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

      Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $5,316.48 is awarded to Plaintiff. The check shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to Plaintiff's attorney's office as follows: Bruce Brewer, 419 Fifth Street, Oregon City, Oregon 97045. There are no costs or expenses to be paid herein.

DATED this 29 day of June, 2009.

_____
United States District Judge/Magistrate

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff

1 - ORDER FOR EAJA FEES